No. 84–371. RISKO *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 84–380. OSTICCO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–397. WEISSER ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–402. BARSHOV ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–432. MIRABILE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–449. SWIFT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–490. TEXAS OIL & GAS CORP. *v.* ARKLA EXPLORATION CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–496. EXPEDIENT SERVICES, INC., ET AL. *v.* BEGGS, ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–500. 162.20 ACRES OF LAND, MORE OR LESS, SITUATED IN CLAY COUNTY, MISSISSIPPI, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–519. CLARK OIL & REFINING CORP. *v.* LEHMAN BROTHERS KUHN LOEB, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–526. PENNELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–549. DROBNY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–564. GERMANTOWN HOSPITAL & MEDICAL CENTER ET AL. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 3d Cir. Certiorari denied.